IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:01CR101-FDW |
| | ) | (Financial Litigation Unit) |
| JOHN W. REASER | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CENTRAL MISSIONARY | ) | |
| CLEARINGHOUSE, INC., | ) | |
| Garnishee. | ) | |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant John W. Reaser is DISMISSED, and the Clerk of Court is directed to apply the funds received on August 4, 2017 in the amount of $2,350.00 to restitution.

Signed: September 28, 2017

David C. Keesler
United States Magistrate Judge